Versión para imprimir



EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano  de Jesús  Recurridos  v.  In re:  Autoridad de Energía Eléctrica  Agencia Proponente  - Recurrida  Junta de Calidad Ambiental  Peticionaria  _____  In re:  Autoridad de Energía Eléctrica  Peticionaria  v.  Junta de Calidad Ambiental  Recurrida  Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano de Jesús  Recurridos | Certiorari  2011 TSPR 169  183 DPR ____ |

Número del Caso:        CC- 2011 - 718
                                  CC- 2011 - 722

Fecha:     10   de noviembre de 2011

Tribunal de Apelaciones:

          Región Judicial de San Juan, Panel II

Panel integrado por su presidente, el Juez Morales Rodríguez, la Juez Ortiz Flores y la Juez Surén Fuentes

**CC-2011-718**

Oficina de la Procuradora General:

                Lcda. Karla Z. Pacheco Álvarez
                Procuradora General Auxiliar

Abogados de la Parte Recurrida:

                Lcdo. Luis José Torres Asencio
                Lcdo. Pedro J. Saadé Llorens
                Lcdo. Eliezer Aldarondo Ortiz
                Lcda. Rosa Campos Silva
                Lcdo. Eliezer Aldarondo López

_____

**CC-2011-722**

Abogados de la Parte Peticionaria:

                Lcdo. Eliezer Aldarondo Ortiz
                Lcda. Rosa Campos Silva
                Lcdo. Eliezer Aldarondo López

Abogados de la Parte Recurrida:

                Lcdo. Luis José Torres Asencio
                Lcdo. Pedro J. Saadé Llorens

Materia: Revisión de Resolución Procedente de Junta de Calidad Ambiental (Proyecto Vía Verde)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano de Jesús

Recurridos

v.

In re:
Autoridad de Energía Eléctrica

Agencia Proponente-Recurrida

Junta de Calidad Ambiental

Peticionaria

_____

In re:
Autoridad de Energía Eléctrica

Peticionaria

v.

Junta de Calidad Ambiental

Recurrida

Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano de Jesús

Recurridos

CC-2011-718
CC-2011-722

RESOLUCIÓN

En San Juan, Puerto Rico, a 10 de noviembre de 2011.

A la "Moción urgente en torno a Resolución de 8 de noviembre de 2011, a los fines que se elimine del récord la

dúplica a oposiciones a alegato de las recurridas" presentada por la Autoridad de Energía Eléctrica, con lugar. Mediante Resolución de 8 de noviembre de 2011 este Tribunal denegó la solicitud de prórroga para presentar la "Dúplica a oposiciones a alegato de las partes recurridas". Es evidente que si no se autorizó la presentación de ese escrito, procede su desglose del expediente. Este Tribunal no puede dejar de actuar en espera de un hecho incierto como sería una moción de reconsideración que no se ha presentado y que resulta tan imaginaria como la caverna mitológica de Platón, donde la disidencia se ha refugiado. No podemos descargar nuestra función judicial fundamentándonos en pasajes inaplicables de obras filosóficas, sino en la realidad jurídica. Por consiguiente, procede que la dúplica no autorizada se desglose del expediente. Recalcamos que las partes ya han expuesto sus posiciones mediante múltiples escritos y el caso está listo para resolverse. No se le ha coartado a nadie su derecho a expresarse y a tratar de persuadirnos de su postura.

Notifíquese inmediatamente a las partes por teléfono o *fax*, y por la vía ordinaria.

Lo acordó y ordena el Tribunal, y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Hernández Denton proveería no ha lugar. La Juez Asociada señora Rodríguez Rodríguez emitió un Voto particular disidente al cual se une la Jueza Asociada señora Fiol Matta.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano de Jesús<br><br>       Recurridos<br><br>         v.<br><br>In Re:<br>Autoridad de Energía Eléctrica<br><br>Agencia Proponente-Recurrida<br><br>Junta de Calidad Ambiental<br><br>       Peticionaria<br><br>_____<br><br>In Re:<br>Autoridad de Energía Eléctrica<br><br>       Peticionaria<br><br>         v.<br><br> Junta de Calidad Ambiental<br><br>       Recurrida<br><br>Justo Lozada Sánchez, Juan Camacho Moreno, Wanda I. González Vélez, Carmen I. Alvarado Rivas, Enrique J. Seguí Casalduc, Elba T. Escribano de Jesús<br><br>       Recurridos | CC-2011-718<br>   Cons.<br>CC-2011-722 |

Voto particular disidente emitido por la Juez Asociada señora Rodríguez Rodríguez al que se une la Jueza Asociada señora Fiol Matta.

San Juan, Puerto Rico, a 10 de noviembre de 2011

> "Tal es, mi buen amigo, lo que digo que en todas las ciudades es idénticamente justo: lo conveniente para el gobierno constituido. Y éste es, según creo, el que tiene el poder; de modo que, para todo hombre que discurre bien, lo justo es lo mismo en todas partes: la conveniencia del más fuerte".
>
> **-Platón**[1]

Nuevamente, esta Curia, se niega, implícitamente, a reconocer a una parte el derecho que le asiste a ser escuchada.

Por las razones que a continuación exponemos, entendemos que la mayoría se ha equivocado al declarar con lugar la "Moción urgente en torno a Resolución de 8 de noviembre de 2011, a los fines que se elimine del récord la *Dúplica a Oposiciones a Alegato de las Recurridas*".

I.

El 8 de noviembre de 2011 este Tribunal emitió una Resolución mediante la cual se negó a conceder una prórroga de diez (10) días a la parte recurrida. Adujo, básicamente, que la moción presentada el 13 de octubre de 2011, si bien estuvo dentro del término reglamentario establecido, no se presentó por una parte en el pleito. En cuanto a la moción de prórroga presentada el 20 de octubre

---

[1] Platón, La República, Alianza Editorial (1999), en la pág. 88. La cita mencionada es atribuida a Trasímaco. De más está decir que el argumento planteado por éste es rebatido por Sócrates hasta llevarlo a admitir que "la injusticia es cosa hermosa y fuerte y que has de asignarle por añadidura todo aquello que nosotros asignamos a la justicia, puesto que te has atrevido a clasificarla como virtud y discreción". *Id* en la pág. 106.

de 2011 señaló que "un simple cálculo aritmético demuestra que fue presentada a destiempo". *Véase* Resolución del Tribunal de 8 de noviembre de 2011. Por no estar de acuerdo con el criterio mayoritario emitimos un voto particular disidente exponiendo los fundamentos por los cuales declararíamos ha lugar las solicitudes de prórroga y permitiríamos presentar escrito en dúplica a la réplica de la Autoridad de Energía Eléctrica (AEE) y la Junta de Calidad Ambiental (JCA).

El 9 de noviembre de 2011 compareció ante este Tribunal la AEE y solicitó que, en virtud de la Resolución mencionada, elimináramos del récord el escrito de la parte recurrida titulado "Dúplica a Oposición a Alegato de las Recurridas". Este último escrito se presentó el 3 de noviembre de 2011, varios días antes que la mayoría de este Tribunal, decidiera proveer no ha lugar a las mociones de prórroga. No hay duda que "un simple cálculo aritmético" deja entrever que, al momento de denegar las mociones de prórroga, este Tribunal ya contaba con el escrito de la parte recurrida en sus autos. En vista de ello, aprovechamos para reiterar nuestro criterio, nada nos impedía que recibiéramos dicho escrito en dúplica, máxime cuando éste ya se encontraba ante este Foro. Muy por el contrario, de permitir su presentación, hubiéremos contado con el beneficio de tener un expediente completo que nos permitiera tomar, como dijimos anteriormente, una decisión informada, reflexiva y concienzuda. No obstante, basándose en un error no substancial, la mayoría decidió no hacerlo.

Determinó que, de otra manera, violentaría el Reglamento de este Tribunal.

Sin embargo, en el día de hoy, decide flexibilizar el mismo Reglamento que, en una apreciación hiperformalista, se negó a flexibilizar unos días atrás. En esta ocasión permite que la AEE solicite que se elimine de los autos el escrito en dúplica presentado por la parte recurrida, esto en clara contravención de la Regla 45 de nuestro Reglamento que concede diez (10) días a la parte perjudicada por una decisión o resolución para solicitar que esta Curia reconsidere su determinación. A todas luces, la solicitud presentada por la AEE, es prematura.

## II.

Nuevamente, no podemos pasar por alto que los derechos afectados en esta controversia son de la más alta jerarquía. Justamente, se trata de vecinos y vecinas, impactados directamente por la ruta de un enorme gasoducto. Es más, muchos de estos vecinos y de estas vecinas, podrían estar dentro del área de despeje establecida para casos de explosiones debidas a fallas y accidentes. No podemos perder de perspectivas que tenemos ante nuestra consideración un proyecto de gasoducto diseñado para soportar hasta 1,450 libras de presión por pulgada cuadrada. Esto, de por sí, debe ser suficiente para concederle a la parte recurrida los diez (10) días para presentar una solicitud de reconsideración, a la cual tiene derecho.

Esta Curia, de facto, nuevamente impide que un grupo de vecinos y vecinas impactados por un enorme gasoducto accedan a este Tribunal. Frente a esta situación recordamos el principio del cuento de Franz Kafka Ante la Ley: "[a]nte la ley hay un guardián. Un campesino se presenta al guardián y le pide que le deje entrar. Pero el guardián contesta que de momento no puede dejarlo pasar. El hombre reflexiona y pregunta si más tarde se lo permitirá. - Es posible - contesta el guardián -, pero ahora no".[2]

Anabelle Rodríguez Rodríguez
Juez Asociada

_____

[2] Franz Kafka, Ante la Ley, traducción de Henzo Lafuente.